Michael Nourmand, Esq. (SBN 198439)
Email: mnourmand@nourmandlawfirm.com
James A. De Sario, Esq. (SBN 262552)
Email: jdesario@nourmandlawfirm.com
**THE NOURMAND LAW FIRM, APC**
8822 West Olympic Boulevard
Los Angeles, California 90211
Telephone:   (310) 553-3600
Facsimile:    (310) 553-3603

Attorneys for Plaintiff,
ERICA PRICE, on behalf of
herself and all others similarly situated

Gene F. Williams, Esq. (SBN 211390)
Email: gfwilliams@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
101 West Broadway, Suite 2000
San Diego, California 92101
Telephone:  (619) 696-6700

Attorneys for Defendant
EDS SERVICE SOLUTIONS, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA PRICE, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>EDS SERVICE SOLUTIONS, LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01186-FLA-JC<br><br>**RULE 41 STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREDJUDICE**<br><br>Complaint Filed: February 5, 2020 |

---

RULE 41 STIPULATION FOR DISMISSAL OF ACTION

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Erica Price ("Plaintiff") and Defendant EDS Service Solutions, LLC ("Defendant"), by and through their respective counsel, hereby stipulate to the dismissal, without prejudice, of Plaintiff's claims asserted in the action against Defendant.

Each party will bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: September 20, 2021        THE NOURMAND LAW FIRM, APC

By: /s/ James A. De Sario
James A. De Sario, Esq.

Attorneys for Plaintiff

DATED: September 20, 2021        GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Gene F. Williams
Gene F. Williams, Esq.

Attorneys for Defendant

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

I hereby attest that all signatories indicated by a conformed signature (/s/) concur in the filing's content and have authorized the filing.

/s/ James A. De Sario
James A. De Sario

---

RULE 41 STIPULATION FOR DISMISSAL OF ACTION

<u>ERICA PRICE V. EDS SERVICE SOLUTIONS, LLC, ET AL</u>
United States District Court-Southern District
Court Case number: 2:20-cv-01186-FLA

I, Alejandra Beltran the undersigned, declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 8822 West Olympic Boulevard, Beverly Hills, California 90211.

On September 21, 2021, I served the following document(s) described as:

**RULE 41 STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREDJUDICE**

Gene F. Williams, Esq.
**GORDON REES SCULLY MANSUKHANI, LLP**
101 West Broadway, Suite 2000
San Diego, California 92101

The above document(s) were served on the interested parties in this action as follows:

*All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-reference case number.*

BY ELECTRONIC MAIL: As follows: I am readily familiar with our office's practice of electronic mail transmission; on this date the document enumerated above was transmitted by electronic mail transmission and that the transmission was reported as complete and delivered, and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this Proof of Service was executed on September 21, 2021, at Beverly Hills, California.

　　　　　　　　　　　　　　　　　　/s/ Alejandra Beltran
　　　　　　　　　　　　　　　　　　Alejandra Beltran

**PROOF OF SERVICE**