JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA PRICE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>EDS SERVICE SOLUTIONS, LLC, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-01186-FLA (JCx)<br><br>**ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [DKT. (25)]** |

**ORDER**

The court has reviewed the parties' Stipulation for Dismissal of Action Without Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation"), filed by Plaintiff Erica Price ("Plaintiff") and Defendant EDS Service Solutions, LLC ("Defendant") (collectively, the "Parties"). Accordingly, the court GRANTS the Stipulation and DISMISSES this action without prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated: October 13, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge

1